UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>SERGEY NEFEDOV,<br><br>        Defendant. | Case No. 3:24-cr-00059-SLG-MMS |

*Proposed* **ORDER RE MOTION FOR EVIDENTIARY HEARING RE MOTION FOR RETURN OF PROPERTY [189]**

After due consideration, Mr. Nefedov's Motion for an Evidentiary Hearing [192] is

GRANTED.

IT IS ORDERED that an Evidentiary Hearing shall occur on _____ at

_____.

DATED this ___ day of April, 2025, in Anchorage, Alaska.

_____
Matthew M. Scoble, Magistrate Judge
UNITED STATES DISTRICT COURT