# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGEY NEFEDOV,<br><br>    Defendant. | Case No. 3:24-cr-00059-SLG-MMS |

### ORDER ON SECOND MOTION FOR REVOCATION OF MAGISTRATE'S ORDER AMENDING CONDITIONS OF RELEASE

    Before the Court at Docket 283 is the Government's Second Motion for Revocation of Magistrate's Order Amending Conditions of Release Pursuant to 18 U.S.C. § 3145. The Court has reviewed the motion and the record of the hearing during which the Magistrate Judge granted Defendant's motion to remove a condition of release requiring location monitoring at Docket 281. The Court has also considered the Defendant's demonstrated compliance with pretrial release conditions since June 2024, substantial community ties, and lack of criminal history.

    The Court finds by a preponderance of the evidence that electronic GPS monitoring is not necessary to reasonably assure Defendant's continued appearance in this matter. Therefore, requiring continued electronic monitoring would not comply with 18 U.S.C. § 3142, which limits pretrial release conditions to those that are the least restrictive to reasonably assure the appearance of the

person as required and the safety of any other person and the community. 18 U.S.C. § 3142(c)(1)(B).

Accordingly, the Government's Motion for Revocation of Magistrate's Order Amending Conditions of Release at Docket 283 is hereby DENIED.

DATED this 13th day of August 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cr-00059-SLG-MMS, *USA v. Nefedov*
Order on Motion for Revocation
Page 2 of 2
Case 3:24-cr-00059-SLG-MMS   Document 284   Filed 08/13/25   Page 2 of 2